AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| See attachment. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> See attachment. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PRO ELECTRIC CONTRACTING, INC.
Spiegel & Utrera, P.A., which will do business in California as Spiegel & Utrera, P.C.
4727 Wilshire Blvd, Ste 601
Los Angeles, CA 90010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Wan Yan Ling
Neyhart, Anderson, Flynn & Grosboll
369 Pine St, Suite 800
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

SACRAMENTO AREA ELECTRICAL
WORKERS HEALTH & WELFARE TRUST;
SACRAMENTO AREA ELECTRICAL
WORKERS PENSION TRUST;
SACRAMENTO AREA ELECTRICAL
WORKERS JOINT APPRENTICESHIP &
TRAINING TRUST; SACRAMENTO AREA
ELECTRICAL WORKERS LABOR
MANAGEMENT COOPERATION
COMMITTEE FUND; SACRAMENTO
AREA ELECTRICAL WORKERS
CONTRACT ADMINISTRATION FUND;
BOB WARD, as trustee of the above trusts
except for the SACRAMENTO AREA
ELECTRICAL WORKERS PENSION
TRUST; JEFF STORY, as trustee of the
SACRAMENTO AREA ELECTRICAL
WORKERS PENSION TRUST; NATIONAL
ELECTRICAL BENEFIT FUND; and
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL UNION
NO. 340

     Plaintiffs,


  v.


PRO ELECTRIC CONTRACTING, INC.,
PRO ELECTRIC, and JASON JOEL
COCCELLATO,

     Defendants.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: